433 P.2d 96

**In re Removal of John F. SUDDERTH, Member of the State Highway Commission.**

**No. 8391.**

Supreme Court of New Mexico.

Sept. 28, 1967.

ORDER

Ordered that this cause be and it hereby is dismissed.

433 P.2d 96

**STATE of New Mexico ex rel. the TOWN OF ATRISCO, a corporation, Petitioner,**

**v.**

**The Honorable Edwin L. SWOPE, Judge of the District Court of the Second Judicial District of the State of New Mexico, Respondent.**

**No. 8527.**

Supreme Court of New Mexico.

Sept. 22, 1967.

CHAVEZ, Chief Justice, COMPTON, Justice and LaFEL E. OMAN, Judge, Court of Appeals, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

433 P.2d 96

**STATE of New Mexico ex rel. Harry HOWELL, Petitioner,**

**v.**

**The Honorable Samuel Z. MONTOYA, District Judge of the First Judicial District, State of New Mexico, Respondent.**

**No. 8536.**

Supreme Court of New Mexico.

Oct. 16, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

433 P.2d 96

**STATE of New Mexico ex rel. David BACA, a Juvenile, Relator,**

**v.**

**Honorable Edwin L. SWOPE, District and Juvenile Judge, Respondent.**

**No. 8534.**

Supreme Court of New Mexico.

Oct. 26, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices concurring.

Ordered that the alternative writ of prohibition heretofore issued herein on October 5, 1967, be and the same is hereby quashed for the reason that the issues herein are moot.